■ RAYMOND P. BARTHMARE, Plaintiff, v CITY OF LONG BEACH et al., Defendants, and LAYNE NEW YORK COMPANY, INC., Defendant and Third-

Party Plaintiff-Appellant. S & S CONCRETE CORP., Third-Party Defendant-Respondent.—In an action to recover damages for personal injuries, the third-party plaintiff appeals from so much of a judgment of the Supreme Court, Nassau County, entered October 21, 1974, as is in favor of the third-party defendant, upon the trial court's dismissal of the third-party complaint at a jury trial. Judgment affirmed insofar as appealed from, with costs, upon the opinion of Mr. Justice Niehoff at Trial Term. Hopkins, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ., concur.